AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| JUAN IGARTUA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:24-CV-06374-DEH-GS |
| KUSH CULTURE INDUSTRY LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                                                          .

Date:    12/20/2024

s/ Arjeta Albani
*Attorney's signature*

Arjeta Albani  5654587
*Printed name and bar number*
110 East 59th Street. Suite 2300
New York, N.Y. 10022

*Address*

arjeta@employeejustice.com
*E-mail address*

(212) 227-5700
*Telephone number*

(212) 656-1889
*FAX number*