UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KUSH CULTURE INDUSTRY LLC, <br><br> Defendant. | Case No.: 1:24-cv-06374-DEH <br><br> **MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

**PLEASE TAKE NOTICE** that Plaintiff Juan Igartua, pursuant to Federal Rules of Civil Procedure 55(b) moves this Court for a default judgment and permanent injunction against Defendant KUSH CULTURE INDUSTRY LLC. The grounds for this motion are set forth in the accompanying Affirmation in Support and Memorandum of Law.

Dated: March 24, 2025
       New York, New York

                                    Respectfully,

                                    **Joseph & Norinsberg, LLC**

                                    _____
                                    Arjeta Albani, Esq.
                                    Joseph & Norinsberg, LLC
                                    *Attorney for Plaintiff*
                                    110 East 59th Street, Suite 2300
                                    New York, NY 10022
                                    (212) 227-5700
                                    arjeta@norinsberglaw.com