Arjeta Albani, Esq.
**arjeta@employeejustice.com**

January 23, 2025

**VIA ECF**
Hon. Dale E. Ho
United States District Court Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

        Re:  Igartua v. Kush Culture Industry LLC
              Case No. 1:24-cv-6347-DEH

Dear Judge Ho,

    We represent Plaintiff Juan Igartua ("Plaintiff") in the above referenced ADA matter. We write now with the Defendant's consent, to respectfully inform the Court that the Parties have reached a settlement in principle in this action.

    In light of the anticipated settlement, the parties respectfully request that all currently pending deadlines in this action be adjourned *sine die*, and the upcoming conference scheduled for 4/23/2025 be dismissed.

    We thank the Court for its time and attention in this matter.

                                              Respectfully submitted,

                                              JOSEPH & NORINSBERG, LLC

                                              _____
                                              Arjeta Albani, Esq.

*Attorneys For Plaintiff*
110 East 59th Street, Suite 2300
New York, New York 10022
(212) 227-5700
Fax No. (212) 656-1889
arjeta@employeejustice.com

c.c.
Jorge Luis Vasquez, Jr., Esq.
Vasquez Attorneys at Law
141 Parkway Road, Suite 14
Bronxville, New York 10708
(212) 752-8408
jorge@vasquezpc.com